UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GERALD CARLINE (#326740) | CIVIL ACTION |
| VERSUS | |
| DARREL VANNOY, WARDEN | NO.: 16-734-BAJ-EWD |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 22)**, pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses pro se Petitioner Gerald Carline's habeas corpus petition (Doc. 1), which attacks his 2011 conviction for possession with intent to distribute Schedule III and Schedule IV controlled substances pursuant to 28 U.S.C. § 2254. The Magistrate Judge recommended that Petitioner's habeas corpus relief be denied, and that the proceeding be dismissed with prejudice. If the Petitioner seeks to pursue an appeal, the Magistrate Judge also recommended that the certificate of appealability be denied. (Doc. 22 at p. 7).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

1

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 22) is ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Petitioner's application for habeas corpus relief is **DENIED**.

Baton Rouge, Louisiana, this 9th day of January, 2020.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA